IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED**
OCT 1 2 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | Case No. CR 23-170 RAW |
| v. | |
| MICHAEL JOHN JONES, | |
| *Defendant.* | |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

On or about January 24, 2023, within the Eastern District of Oklahoma, the defendant, **MICHAEL JOHN JONES**, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT TWO

### FELON IN POSSESSION OF FIREARM AND AMMUNITION
[18 U.S.C. §§ 922(g)(1) & 924(a)(8)]

On or about January 24, 2023, within the Eastern District of Oklahoma, the defendant, **MICHAEL JOHN JONES**, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, a firearm, to wit:

- One (1) Sig SAUER P365 pistol, bearing serial number 66A713644; and
- Approximately ten (10) rounds of PPU 9mm luger ammunition,

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**FORFEITURE ALLEGATION**
**[18 U.S.C. § 924(d), 21 U.S.C. § 853, & 28 U.S.C. § 2461(c)]**

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One and Two of this Indictment involving violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), and Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(B), the defendant, **MICHAEL JOHN JONES**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offenses, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, as well as all firearms and ammunition involved in the commission of the offenses, including, but not limited to:

- One (1) Sig SAUER P365 pistol, bearing serial number 66A713644; and
- Approximately ten (10) rounds of PPU 9mm luger ammunition.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

*/s/ Michael E. Robinson*
Michael E. Robinson, MA BAR #693574
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY